**\*\* E-filed May 5, 2010 \*\***

NOT FOR CITATION

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SAN MATEO ELECTRICAL WORKERS HEALTH CARE TRUST, et al.,<br><br>    Plaintiffs,<br>  v.<br><br>ACS CONTROLS CORPORATION,<br><br>    Defendant. | No. C09-05519 HRL<br><br>**ORDER VACATING INITIAL CASE MANAGEMENT CONFERENCE** |

Upon filing, this action was scheduled for an Initial Case Management Conference on March 15, 2010. The court continued this conference twice at plaintiffs' request on grounds that the parties were attempting to settle the matter. However, on April 29, 2010, the Clerk of the Court entered default against the only defendant in this case.

Good cause appearing, the Initial Case Management Conference, currently set for June 8, 2010, is vacated. If plaintiffs desire entry of default judgment, they shall timely file an appropriate motion.

**IT IS SO ORDERED.**

Dated: May 5, 2010

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

**C 09-05519 HRL Notice will be electronically mailed to:**

| | |
|---|---|
| Benjamin Kerl Lunch | blunch@neyhartlaw.com |
| Richard K. Grosboll | rgrosboll@neyhartlaw.com |
| Sonya Michlin Gordon | sgordon@neyhartlaw.com |

**Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.**